

# MIKIAH KEENER MINISTRIES

MIKIAH KEENER, FOUNDER

(248) 238 – 6008
1628 Leroy Ferndale, MI 48220

**To whom it may concern,**

I am sending this letter as it relates to current inmate: Tommie Ireland (Register # 55540 - 039) at FCI Butner Low. I am the founder of Mikiah Keener Ministries and a licensed minister at Triumph Church located in Detroit, MI. I have recently been in contact with Ashley Ireland, who is Tommie's sister. We have been discussing his release date as well as what his future will look like when he is released. Although Tommie has made mistakes in his past, I am hopeful and optimistic about his future. He has showed great improvement in his character during his time served, while completing a number of courses in different areas. He also has a loving family and support system who is eager to help him and encourage him to stay on the right path. Tommie will be moving in with his sister, Ashley, when he is released. Ashley has a stable and non violent home/environment. I fully support Tommie Ireland and am excited about him coming home so that he'll be able to have a fresh start. If there is anything else I can provide as it relates to him, I would be more than  happy to do so at any time.

Best Regards,

Mikiah Keener, Mikiah Keener Ministries CEO
(248) 238-6008
Mikiah@Mikiahkeener.com